**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUN PHARMACEUTICAL INDUS., INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT AUTREY, et al., <br><br> Defendants. | Civil Action No.: 3:25-cv-02866-GC-JTQ |

**DEFENDANT SRINIVASA TALLA'S MOTION FOR LEAVE TO ADOPT AND JOIN PENDING MOTIONS TO DISMISS**

Defendant Srinivasa Talla, by and through undersigned counsel, respectfully moves the Court for leave to join-in and adopt co-defendants' pending Motions to Dismiss [Docs. 89, 122, 128, 140].

Counsel for Talla has conferred with Plaintiff's counsel, and Plaintiff does not oppose this application.

Dated: December 31, 2025

It is so ordered this 5th day
of January, 2026

*Georgette Castner*

GEORGETTE CASTNER, U.S.D.J.

Respectfully submitted,

*/s/ Anthony J. Mahajan*
Anthony J. Mahajan
**HEALTH LAW ALLIANCE LLC**
51 John F. Kennedy Parkway
Short Hills, NJ 07078
Telephone: (800) 345-4125
amahajan@healthlawalliance.com

*Attorneys for Defendants Srinivasa Talla; Lokeswara Kalakoti; Brownsville Central RX LLC, d/b/a Autrey Pharmacy 1; Brownsville Pharmacy 2 LLC, d/b/a Autrey Pharmacy 2; Brownsville Pharmacy 3 LLC, d/b/a Autrey Pharmacy 3; Brownville Pharmacy 4 LLC, d/b/a Autrey Pharmacy 4; Fry Pharmacy LLC, d/b/a Frey's Prescription Pharmacy; Harlingen Pharmacy; Haverstraw Drugs LLC, d/b/a Care Rx Pharmacy; JNR Pharmacy Brewster Inc.; Midland Pharmacy LLC; Uptmax Health Care Services, Inc., d/b/a, Alamo Pharmacy; Lake Carmel RX Inc.*