**BLANK ROME LLP**
*A Pennsylvania LLP*
Stephen M. Orlofsky
Jonathan M. Korn
New Jersey Resident Partners
Asia O. Livingstone
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (215) 569-5371
stephen.orlofsky@blankrome.com
jonathan.korn@blankrome.com
asia.livingstone@blankrome.com
*Counsel for Plaintiff Sun Pharmaceutical Industries, Inc.*

**BLANK ROME LLP**
*A Pennsylvania LLP*
Daniel E. Rhynhart (*pro hac vice forthcoming*)
Thomas F. Brier, Jr. (*pro hac vice forthcoming*)
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (215) 569-5371
dan.rhynhart@blankrome.com
thomas.brier@blankrome.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUN PHARMACEUTICAL INDUSTRIES, INC., | Civil Action No. 3:25-cv-02866 |
| *Plaintiff*, | *Electronically Filed* |
| v. | **RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL** |
| ROBERT AUTREY, et al., | |
| *Defendants*. | |

As permitted by Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sun Pharmaceutical Industries, Inc. ("Plaintiff") hereby provides notice of its voluntary dismissal of this action against Defendants Klein Pharmacy Inc., Jewel of Flushing RX, and Nadeem Kausar, without costs, and with prejudice. Plaintiff's causes of action against the remaining defendants are not dismissed.

Respectfully submitted,

**BLANK ROME LLP**
*A Pennsylvania LLP*

Dated: March 24, 2026        /s/ *Stephen M. Orlofsky*

Stephen M. Orlofsky (ID 012431974)
Jonathan M. Korn (ID 020121992)
New Jersey Resident Partners
Daniel E. Rhynhart (*pro hac vice forthcoming*)
Thomas F. Brier, Jr. (*pro hac vice forthcoming*)
Asia O. Livingstone (ID 461272024)
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (215) 569-5371
stephen.orlofsky@blankrome.com
jonathan.korn@blankrome.com
dan.rhynhart@blankrome.com
thomas.brier@blankrome.com
asia.livingstone@blankrome.com

*Counsel for Plaintiff Sun Pharmaceutical
Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I, Stephen M. Orlofsky, hereby certify under penalty of perjury that the above documents were filed electronically via ECF.


Dated: March 24, 2026

/s/ Stephen M. Orlofsky
Stephen M. Orlofsky