**BLANK ROME LLP**
*A Pennsylvania LLP*
Stephen M. Orlofsky
Jonathan M. Korn
New Jersey Resident Partners
Asia O. Livingstone
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (215) 569-5371
stephen.orlofsky@blankrome.com
jonathan.korn@blankrome.com
asia.livingstone@blankrome.com
*Counsel for Plaintiff Sun Pharmaceutical Industries, Inc.*

**BLANK ROME LLP**
*A Pennsylvania LLP*
Daniel E. Rhynhart (*pro hac vice forthcoming*)
Thomas F. Brier, Jr. (*pro hac vice forthcoming*)
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (215) 569-5371
dan.rhynhart@blankrome.com
thomas.brier@blankrome.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SRINIVASA TALLA, et al.,<br><br>*Defendants*. | Civil Action No. 3:25-cv-02866<br><br>*Electronically Filed*<br><br>**RULE 41(a)(1)(A)(ii) NOTICE OF VOLUNTARY DISMISSAL** |

As permitted by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sun Pharmaceutical Industries, Inc. hereby provides notice of its voluntary dismissal of this action against Defendants Prohealth Drugs Inc. and Mohammed A. Rahman, without costs, and with prejudice. Plaintiff's causes of action against the remaining defendants are not dismissed.

Respectfully submitted,

**BLANK ROME LLP**
*A Pennsylvania LLP*

Dated: July 17, 2026

/s/ *Stephen M. Orlofsky*

Stephen M. Orlofsky (ID 012431974)
Jonathan M. Korn (ID 020121992)
New Jersey Resident Partners
Daniel E. Rhynhart (*pro hac vice forthcoming*)
Thomas F. Brier, Jr. (*pro hac vice forthcoming*)
Asia O. Livingstone (ID 461272024)
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (215) 569-5371
stephen.orlofsky@blankrome.com
jonathan.korn@blankrome.com
dan.rhynhart@blankrome.com
thomas.brier@blankrome.com
asia.livingstone@blankrome.com

*Counsel for Plaintiff Sun Pharmaceutical Industries, Inc.*

## CERTIFICATE OF SERVICE

I, Stephen M. Orlofsky, hereby certify under penalty of perjury that the above documents were filed electronically via ECF.

Dated: July 17, 2026

*/s/ Stephen M. Orlofsky*
Stephen M. Orlofsky